James Thomas Jeffrey, Jr., Esq., Law Offices of Jim Jeffrey, Arlington, TX, for Defendants-Appellees

Before BARKSDALE, GRAVES, and COSTA, Circuit Judges.

PER CURIAM: *

Mayford Kenneth Davis, Jr., proceeding *pro se*, appeals the court's dismissal of his 42 U.S.C. § 1983 complaint as barred by *Heck v. Humphrey*, 512 U.S. 477, 486–87, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). His complaint seeks, *inter alia*, damages against the prosecutor and two police-officer witnesses at the trial resulting in his conviction, pursuant to Texas Penal Code § 42.01(a)(10), for indecency arising out of an incident of nude sunbathing at a middle school.

On appeal, however, Davis does not address *Heck*. Instead, he reasserts the merits of his contentions without referencing any specific error by the court. Although *pro se* briefs are liberally construed, even *pro se* litigants must brief contentions in order to preserve them. *Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir. 1993). Because Davis has not identified any error in the court's analysis and determinations, or even mentioned any possible appellate issues, he has abandoned them. *See Brinkmann v. Dallas Cty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987).

AFFIRMED.

UNITED STATES of America,
Plaintiff-Appellee

v.

Jaime Alonzo RETANA-LERMAN, also
known as Jaime Alonzo Retana-
Lerma, Defendant-Appellant

No. 15-50190
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed April 27, 2017

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

District of Texas, San Antonio, TX, for Plaintiff-Appellee

Jaime Alonzo Retana-Lerman, Pro Se

Before KING, DENNIS, and COSTA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jaime Alonzo Retana-Lerman has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Retana-Lerman has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We agree with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

